AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

NOAH CARL,

*Plaintiff(s)*

v.

RATIONALWIKI FDTN INC., TRENT TOULOUSE, LARRY WILL and JOHN DOES 1-2,

*Defendant(s)*

Civil Action No. 1:25-cv-343-KRS-DLM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RATIONALWIKI FDTN, INC.
c/o REGISTERED AGENTS, INC.
1209 MOUNTAIN ROAD PL NE STE R
ALB., NM 87110

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

LATE NIGHT LAW LLC
AARON T. CRESS, ESQ.
12231 ACADEMY RD NE 301-274
ALB., NM 87111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Tuesday, April 08, 2025

Elizabeth Hernandez

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| NOAH CARL,<br>　　　*Plaintiff*,<br><br>v.<br><br>RATIONALWIKI FOUNDATION, INC.<br>d/b/a RATIONALMEDIA FOUNDATION,<br>TRENT TOULOUSE, LARRY WILL,<br>and JOHN DOES 1-2,<br>　　　*Defendants*. | §<br>§<br>§   No. 1:25-cv-343-KRS-DLM<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## PROOF OF SERVICE

STATE OF NEW MEXICO　　　）
　　　　　　　　　　　　　　） ss.
COUNTY OF BERNALILLO　　）

I HEREBY DECLARE under penalty of perjury that on April 11, 2025, per FRCP 4(h)(1)(B) and NMRA 1-004(E)(3), I caused to be served upon Defendant RationalWiki Foundation, Inc., a true and correct copy of the summons and First Amended Complaint in this case, to its registered agent listed on the New Mexico Secretary of State's website, as follows:

> RationalWiki Foundation, Inc.
> d/b/a RationalMedia Foundation
> c/o Registered Agents, Inc.
> 1209 Mountain Road Pl NE Ste "R"
> Alb., NM 87110

A true and correct copy of proof of mailing in the form of a return USPS signature card signed by the above-named Defendant's agent is attached hereto as **Exhibit A**.

1

Respectfully submitted,

By: *s/ Aaron Cress*
Aaron T. Cress, Esq
LATE NIGHT LAW LLC
12231 Academy Rd NE 301-274
Albuquerque, NM 87111
(505) 225-2623
aaron@latenightlaw.com

*Attorney for Plaintiff Noah Carl*

DATED: April 15, 2025

_____
AARON T. CRESS, ESQ.

SUBSCRIBED AND SWORN to before me this  16  day of April 2025 by Aaron Cress.

Witness my hand and official seal.
My Commission expires 05/22/2025

State of New Mexico
Notary Public
Amethyst Williams
Commission Number 1117773
Expiration Date 05-22-2025

_____
Notary Public

2

# EXHIBIT A

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
RATIONAL WIKI FDTN. INC.,
C/O REGISTERED AGENTS, INC.
1209 MOUNTAIN ROAD PL NE
STE R
ALBUQUERQUE NM 87110

9590 9402 8611 3244 8622 54

2. Article Number (Transfer from service label)
9589 0710 5270 2024 3270 54

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Jack Bawa   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): Jack Bawa
C. Date of Delivery: 4/11/25

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Albuquerque, NM 87110

Certified Mail Fee: $4.85
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $ $0.00
☐ Return Receipt (electronic)  $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required     $ $0.00
☐ Adult Signature Restricted Delivery $

Postage: $1.29
Total Postage and Fees: $10.24

Postmark Here
APR 10 2025
04/10/2025

Sent To: RATIONAL WIKI FDTN INC C/O REGISTERED AGENTS, INC.
Street and Apt. No., or PO Box No.: 1209 MOUNTAIN ROAD PL NE STE "R"
City, State, ZIP+4®: ALB., NM 87110

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions