## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

NOAH CARL, §
   *Plaintiff*, §
§  No. 1:25-cv-343-KRS-DLM
v. §
§
RATIONALWIKI FOUNDATION, INC. §
d/b/a RATIONALMEDIA FOUNDATION, §
TRENT TOULOUSE, LARRY WILL and §
JOHN DOES 1-2, §
   *Defendants*. §
§

---

## NOTICE OF DISMISSAL

---

  THIS MATTER having been amicably settled by, between and among the Parties,

pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Plaintiff, Noah Carl, by and through undersigned

Counsel, hereby voluntarily dismisses the above-captioned action, with prejudice, as to all

Defendants.


        Respectfully Submitted,

        By: *s/ Aaron Cress*
        Aaron T. Cress, Esq.
        LATE NIGHT LAW
        12231 Academy Rd NE 301-274
        Albuquerque, NM 87111
        aaron@latenightlaw.com
        (505) 225-2623

        *Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

THIS WILL CERTIFY that on May 1, 2025, a true and accurate copy of the above and foregoing Notice of Dismissal, together with this Certificate of Service, was served on Defendants via email, as follows:

RationalWiki Foundation, Inc.
122 Girard NE
Albuquerque, NM 87106
foundation@rationalwiki.org
cc: Trent Toulouse, ttoulouse@gmail.com
cc: Larry Will, radio@zappahead.net
cc: Brian Truesdell, btruesdell64@gmail.com


_s/ Aaron Cress_
Aaron T. Cress, Esq.